**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) | AMERICAN INTER-FIDELITY CORP., as Attorney-in-Fact for AMERICAN INTER-FIDELITY EXCHANGE, | |
| | Plaintiff, | |
| | -v- | Case No. 5:20-CV-00927-JD |
| (1) | BOOMER ENVIRONMENTAL, LLC; | |
| (2) | TIGER LOGISTICS, INC.; | |
| (3) | TRAVELERS PROPERTY CASUALTY CORP., | |
| | Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice, against the Defendants. None of the Defendants have filed an answer or motion for summary judgment in this case. Accordingly, dismissal by Plaintiff without a court order is appropriate.

Dated: 10/19/2020

Respectfully Submitted,

**SMILING, SMILING & BURGESS**

By  s/ A. Mark Smiling

**A. MARK SMILING, OBA # 10672**
Bradford Place, Suite 300
9175 South Yale Avenue
Tulsa, Oklahoma 74137
(918) 477-7500
(918) 477-7510 *facsimile*
*slf@smilinglaw.com*
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I electronically transmitted the foregoing document with the Clerk of the Court by using the CM/ECF system, which sent notice of such filing to all parties.

  s/ A. Mark Smiling
**A. MARK SMILING**

2